**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1072**

———————

KATASHA SMART-DAVIS,

Plaintiff - Appellant,

versus

JOHNS HOPKINS UNIVERSITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-98-633-WMN)

———————

Submitted:  April 15, 1999          Decided:  April 20, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Katasha Smart-Davis, Appellant Pro Se.  Frederick G. Savage, Asso-
ciate General Counsel, Gerard David St. Ours, Baltimore, Maryland,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Katasha Smart-Davis appeals the district court's order denying relief on her complaint alleging violations of Title VI, Title VII, and 42 U.S.C. § 1981 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Smart-Davis v. Johns Hopkins Univ.</u>, No. CA-98-633-WMN (D. Md. Dec. 14, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the order from which Smart-Davis appeals was filed on December 11, 1998, it was entered on the district court's docket sheet on December 14, 1998. December 14, 1998 is therefore the effective date of the district court's decision. <u>See</u> Fed. R. Civ. P. 58 and 79(a); <u>see also</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).